# United States Court of Appeals
## For the First Circuit

Nos. 08-2139, 09-1742, 09-1743

SYLVIA DIFFENDERFER, on behalf of herself and as a representative of the class herein defined; ROBERT MCCARROLL, on behalf of himself and as a representative of the class herein defined,

Plaintiffs, Appellees/Cross-Appellants,

v.

RAMON E. GOMEZ-COLON, President of the State Electoral Commission of Puerto Rico; WALTER VELEZ-RODRIGUEZ, Secretary of the State Electoral Commission of the Commonwealth of Puerto Rico,

Defendants, Appellants,

GERARDO CRUZ-MALDONADO, Electoral Commissioner of Popular Democratic Party; JUAN DALMAU-RODRIGUEZ, Electoral Commissioner of the Puerto Rican Independence Party; NELSON ROSARIO-RODRIGUEZ, Electoral Commissioner of the Puerto Ricans for Puerto Rico Party; EDWIN MUNDO-RIOS, Electoral Commissioner of the New Progressive Party; JOHN DOE,

Defendants.

**ERRATA SHEET**

The opinion of this Court issued on November 19, 2009, is amended as follows:

On page 10, line 13, the phrase "attorney's fees does not create a stake in the outcome sufficient" should not be underlined.